IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTONIO ROSSI,

      Appellant,

v.

SILVANA MARIA ROSSI,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2745

Opinion filed April 1, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Emilian "Ian" Bucataru, Tallahassee, for Appellant.

No appearance for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.